IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

URS FEDERAL SUPPORT SERVICES, INC., :

    Plaintiff                        : Case No. 3:13-CV-02632

    v.                               :

INTERNATIONAL ASSOCIATION OF      :
MACHINISTS AND AEROSPACE WORKERS,
AFL-CIO, DISTRICT LODGE 1,        : (Judge Richard P. Conaboy)
LOCAL LODGE 1717
                                  :

    Defendant

FILED
SCRANTON

AUG 29 2014

PER _____
DEPUTY CLERK

**Order**

AND NOW this ____ day of August 2014, for the reasons discussed in the foregoing Memorandum, IT IS HEREBY ORDERED AND DECREED AS FOLLOWS:

1. Plaintiff URS Federal Support Services, Inc.'s Motion to Enforce Settlement Agreement (Doc. 20) is hereby <u>denied</u>.

BY THE COURT

_____
Honorable Richard P. Conaboy
United States District Court